Commonwealth ex rel. Jones, Appellant, *v.* Rundle.

Submitted January 14, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

458

*Lawrence Jones,* appellant, in propria persona.

*Frank P. Lawley, Jr.,* Deputy Attorney General, and *Walter E. Alessandroni,* Attorney General, for appellee.

OPINION PER CURIAM, March 17, 1964:
Order affirmed on the opinion of Judge MILLER of the Court of Common Pleas of Dauphin County, published in 33 Pa. D. & C. 2d 9.